# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-4866

———————————————————

TERRY LOPEZ BOLDRIDGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

December 31, 2018

PER CURIAM.

The appeal is dismissed as untimely. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, WINOKUR, and JAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Bruce Miller, Public Defender, and Justina Clara Jassen Turner, Assistant Public Defender, Crestview, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.